| | |
|---|---|
| **TRUSTEES OF THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, ETC., ET AL.** ) <br><br> V. ) <br><br> **TRI-STATE ENVIRONMENTAL CONTRACTING, INC., ) ET AL.** ) | **United States District Court** <br> **Southern District of New York** <br> **Docket/Index # 05-Civ. 8239** (NRB)   [ECF Case] <br><br> **Affidavit of Service** |

**State of New Jersey**

                              **SS:**

**County of Monmouth**

I, **Joseph Scalzo** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **November 5, 2005** at **1:00 PM**, deponent served the within named **Summons in a Civil Case and Complaint** upon **Nicholas Cosmas**. Said service was effected at **22 Revere Court, Princeton Junction, NJ 08550**, in the following manner;

By delivering thereat a true copy of each to **Nicholas Cosmas** personally. Deponent knew said person so served to be the person described as said **Nicholas Cosmas** therein.

**Nicholas Cosmas** is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **White**  Hair: **Grey**  Age(Approx): **70**  Ht.(Approx): **5' 9"**  Wt.(Approx): **200-225 lbs**

I **Joseph Scalzo** asked, whether **Nicholas Cosmas** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **Nicholas Cosmas** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on November 7, 2005

J, Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

Joseph Scalzo, Process Server
Demovsky Lawyer Service
401 Broadway Suite 510
New York, NY 10013